AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

## *JUDGMENT IN A CIVIL CASE*

**JOSEPH LeBLANC,**

**Plaintiff,**

**v.**

**CASE NUMBER: 8:06-cv-1216-T-TBM**

**UNIFUND CCR PARTNERS, G.P.; "CREDIT CARD RECEIVABLES FUND"; "ZB LIMITED PARTNERS,"**

**Defendants.**

**Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that final judgment be entered in favor of the Plaintiff, Joseph LeBlanc, with damages in the amount of $2,000.00, together with the costs of this action, which sum shall bear interest at the usual rate for federal court judgments. The Court reserves and retains jurisdiction on the matter of an award of fees and taxable costs.

**October 8, 2008**

**SHERYL L. LOESCH,**

BY [signature]
Deputy Clerk